1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8        WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

9

10  JOSEPH R. AMEDSON and SUSAN T.           )
     RAISI, individually and as             )
11   husband and wife,                       )
                    PLAINTIFFS,              )
12                                           )   No.   C07- 820 RSM
                                             )
13           v.                              )
                                             )
14                                           )
    CITIBANK (SOUTH DAKOTA), N.A.,           )
15   a CEBA credit card bank, a              )   ORDER GRANTING PLAINTIFFS
     subsidiary of CITIBANK, N.A.,           )   AMEDSON'S   MOTION   FOR
16   a National Banking Associati-           )   PARTIAL SUMMARY JUDGMENT
    on, a subsidiary of CITICORP,            )   AGAINST DEFENDANT CITIBANK
17   a Delaware corporation, a               )   (SOUTH DAKOTA), N.A.
     subsidiary of CITIGROUP INC.,           )
18   a Delaware corporation; and             )
    PAYAM TV., INC., a California            )
19   corporation dba PERSIAN BAZAR,          )
     a fictitious business name re-          )
20   gistered to PAYAM TV., INC.,            )
                    DEFENDANTS.              )
21  _____)

22

23

24        This matter having come on regularly before the Court pursuant to Rule 56(a) on motion

25  of Plaintiffs Joseph R. Amedson and Susan T. Raisi for the entry of Summary Judgment holding

26  Defendant Citibank (South Dakota), N.A., liable for damages under 15 U.S.C. § 1640(a) for

27  violation of 15 U.S.C. § 1666e and for violation of the Washington Consumer Protection Act,

28  Chapter 19.86 RCW, and the Court having considered  all matters pursuant to Plaintiffs' Motion

ORDER GRANTING PLAINTIFFS' PARTIAL
SUMMARY JUDGMENT AGAINST
CITIBANK SD -- PAGE 1 OF 4

For Summary Judgment, including the following evidentiary materials:

      1.     Plaintiffs' verified Complaint;

      2.     Plaintiffs' Motion for Summary Judgment Holding Defendant Citibank (SD), N.A., Liable Under 15 U.S.C. § 1640(a) for Violation of 15 U.S.C. § 1666e and also Under the Washington Consumer Protection Act, including the Declaration of Joseph R. Amedson and Exhibits 1 and 2 appended thereto; and

      3.     The Court file compiled in this case.

      And having read Plaintiffs' Motion for Summary Judgment and considered all materials therein, and being otherwise fully apprised, and finding that there is no just reason for delay in entering this Order; NOW THEREFORE,

**THE COURT FINDS AND CONCLUDES THAT:**

      1.     Defendant Citibank SD is a credit card issuer to, *inter alia*, Plaintiffs and is a creditor under 15 U.S.C. § 1602 and is subject to the provisions of 15 U.S.C. § 1666e.

      2.     Defendant Citibank SD is subject to the civil liability imposed under 15 U.S.C. § 1640(a) for any violation of 15 U.S.C. § 1666e.

      3.     Defendant Citibank SD failed to promptly and fully credit Amedsons' Citibank MasterCard credit card account upon its receipt of Payam TV., Inc. dba Persian Bazar's June 29, 2006 credit statement as required by applicable federal regulations, including 12 CFR § 226.12(e)(2).

      4.     Defendant Citibank SD has no defenses to its failure to comply with the clear and unequivocal mandate of the Federal Fair Credit Billing Act, 15 U.S.C. § 1666 *et seq.*

      5.     In addition, Defendant Citibank SD's failure to promptly and fully credit Plaintiff Amedson's MasterCard credit card account as required by federal law constitutes an unfair act or practice in commerce that is the cause of injury to the Amedsons in their property, i.e., monetary and credit interests.

      6.     Defendant Citibank SD is liable to Amedson under both 15 U.S.C. § 1640(a) and the Washington CPA, Chapter 19.86 RCW.

      **AND BASED ON THE FOREGOING FINDINGS AND CONCLUSIONS, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

A.    Plaintiffs' Motion For Summary Judgment is **GRANTED** and Citibank SD is held liable for monetary damages, including costs and reasonable attorney fees, pursuant to 15 U.S.C. § 1640(a) and the Washington CPA, Chapter 19.86 RCW, to the Plaintiffs Amedson in an amount to be determined in further proceedings before this Court.

DONE IN OPEN COURT this 21st  day of February, 2008.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:


  /s/ Rhys A. Sterling
Rhys A. Sterling, WSBA #13846
Attorney for Plaintiffs Amedson/Raisi
P.O. Box 218
Hobart, Washington 98025-0218
Telephone: (425)432-9348
Facsimile: (425)413-2455
RhysHobart@aol.com

ORDER GRANTING PLAINTIFFS' PARTIAL
SUMMARY JUDGMENT AGAINST
CITIBANK SD -- PAGE 3 OF 4